

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

todom@sidley.com
(312) 456 1713

FOUNDED 1866

May 24, 2016

**Via FedEx**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: USA v. Orlando Cordia Hall – 94CR 121-2

Dear Mr. Cayce,

      Enclosed please find Mr. Halls's Application for Authorization to File a Successive Motion Under 28 U.S.C. Sect. 2255, to be electronically filed by the Court. Thanks you in advance for your assistance.

Respectfully submitted,

Carolyn Wheeler
Docket Specialist

CW

Encl.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.