# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 25, 2016

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

   No. 16-10670   In re: Orlando Hall

Dear Mr. Owen, and Ms. Widder,

We have received and filed your motion to file a second application for a 28 U.S.C. § 2255 motion.

You have 1**0 days** from the date of this letter to file with this court a proper motion for authorization to proceed in the district court and to send the documentation below. **The motion may not exceed 30 pages in length pursuant to** F<span style="font-variant:small-caps">ED</span> R. A<span style="font-variant:small-caps">PP</span>. P. 32(a)(7). Please use the case number shown above in your motion.  If you fail to file a proper motion for authorization within this 10 day period, or properly request an extension of time, the clerk will enter an order dismissing your application for failure to comply.

If you wish to file a second or successive § 2255 motion in the district court, you must make a prima facie showing that you satisfy either of the two conditions found in § 2255(h):

(A)   there is newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found you guilty of the offense; **or**,

(B)   there is a new rule of constitutional law, made retroactive by the Supreme Court, that was previously unavailable.

You must attach the following documentation to your § 2255 motion to this court:

(1)   **a copy of the proposed § 2255 motion you are requesting permission to file in the district court**

(2) copies of all previous § 2255 motions challenging the sentence received in any conviction for which you are currently incarcerated; all previous § 2241 petitions challenging the terms and conditions of your imprisonment;

(3) any complaint, regardless of title, that was subsequently treated by the district court as a § 2255 motion or § 2241 petition;

(4) all court opinions and orders disposing of the claims advanced in (2) or (3) above;

(5) all magistrate judge's reports and recommendations issued in connection with the claims advanced in (2) or (3) above.

If, after due diligence and through no fault of your own, you cannot obtain the documents described above, you should submit an affidavit describing the steps you took to obtain them and explaining why you were unsuccessful. If possible, you should also identify by court, case name and case number any proceeding for which you cannot obtain the documents in (2) and (3) above.

The 10 day time limit within which this court must address your § 2255 motion will not begin to run until the clerk's office receives your response to this letter.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705