# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 25, 2016

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

    No. 16-10670   In re: Orlando Hall
                  USDC No.

Dear Mr. Owen, and Ms. Widder,

We received your Exhibits in Support of the Motion for
Authorization. We are taking no action on this document because
it is filed incorrect.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Monica R. Washington, Deputy Clerk
          504-310-7705