# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


May 26, 2016


Mr. James Wesley Hendrix
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242-1699

    No. 16-10670   Orlando Hall


Dear Mr. Hendrix,

In reference to the above, the Court request a response to the
Motion for Authorization to file a Successive 2255 Petition.
The response is due June 10, 2016, by noon.


        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Monica R. Washington, Deputy Clerk
        504-310-7705

cc:  Mr. Robert Charles Owen
      Ms. Marcia Adele Widder

Case No. 16-10670


In re:  ORLANDO CORDIA HALL,

                    Movant