# No. 16-10670

In Re ORLANDO CORDIA HALL,
*Movant.*

## MR. HALL'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR AUTHORIZATION TO FILE SUCCESSIVE PETITION UNDER 28 U.S.C. § 2255

Movant Orlando Cordia Hall respectfully submits this motion seeking leave to file a reply in support of his pending motion for authorization to file a successive § 2255 motion.

Mr. Hall moved for authorization to file a successive § 2255 motion on May 25, 2016. At the Court's direction, the government filed a response opposing Mr. Hall's motion on June 10, 2016. Mr. Hall now seeks to file a brief reply in support of his application.

Pursuant to Local Rule 25.2.4, Mr. Hall's reply is attached hereto.

Counsel for Mr. Hall have conferred with Asst. U.S. Attorney Wes Hendrix, counsel for the government, who stated on June 12, 2016, that the Government does not oppose this motion.

1

Wherefore, Mr. Hall requests that this Court allow him to file a reply to the government's opposition to his motion for authorization.

Respectfully Submitted,

/s/*Robert C. Owen*

**ROBERT C. OWEN**
Texas Bar No. 15371950
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Ave.
Chicago, Illinois 60611
312-503-0135 voice
312-503-8977 fax
robert.owen@law.northwestern.edu

**MARCIA A. WIDDER**
Louisiana Bar No. 23367
303 Elizabeth Street, NE
Atlanta, GA 30307
404-222-9202 voice
marcy.widder@garesource.org

**NAOMI A. IGRA**
California Bar No. 269065
Sidley Austin, LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200 voice
415-772-7400 fax
naomi.igra@sidley.com

# CERTIFICATE OF SERVICE

I certify that this document was filed through the Court's ECF system on June 13, 2016, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses. It has been served through the Court's ECF system upon the following counsel for the government:

Wes Hendrix
Assistant United States Attorney
Chief, Appellate Division
Texas Bar No. 24041086
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
wes.hendrix@usdoj.gov


/s/ *Robert C. Owen*
Robert C. Owen