# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-10670

_____

In re:  ORLANDO CORDIA HALL,

     Movant.

_____

Motion for an Order Authorizing
the United States District Court
for the Northern District of Texas
to Consider a Successive 28 U.S.C. § 2255 Motion

_____

O R D E R:

     IT IS ORDERED that movant's unopposed motion for leave to file a reply to the response/opposition to the motion for authorization to file a successive 28 U.S.C. § 2255 motion is GRANTED.

                        /s/ Lyle W. Cayce
                        LYLE W. CAYCE
                        Clerk of Court

              ENTERED AT THE DIRECTION OF THE COURT