# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 20, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-10670   In re: Orlando Hall

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Monica R. Washington, Deputy Clerk
        504-310-7705

Mr. James Wesley Hendrix
Ms. Karen S. Mitchell
Mr. Robert Charles Owen
Ms. Marcia Adele Widder